# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2035

_____

| | | |
|---|---|---|
| Kenneth E. Risinger, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the Western |
| v. | * | District of Arkansas. |
| | * | |
| Kenneth S. Apfel, Commissioner of | * | [UNPUBLISHED] |
| Social Security Administration, | * | |
| | * | |
| Appellee. | * | |

_____

Submitted: April 3, 2000

Filed: April 4, 2000

_____

Before LOKEN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

In this action seeking review of the Social Security Commissioner's final decision to deny Kenneth E. Risinger's applications for benefits, Risinger filed his notice of appeal more than sixty days after the district court entered judgment in favor of the Commissioner. We therefore lack jurisdiction over Risinger's appeal. See Fed. R. App. P.4(a)(1)(B); 26; Burgs v. Johnson County, Iowa, 79 F.3d 701, 702 (8th Cir. 1996) (per curiam) (timely notice of appeal is mandatory and jurisdictional). Accordingly, the appeal is dismissed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.